IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLIE C. TRYON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-06-1318-T |
| | ) |
| JOHN WHETSEL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo issued January 25, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Argo recommends dismissal of the case due to Plaintiff's failure to pay the initial filing fee as required by the Order Granting Leave to Proceed *In Forma Pauperis* and failure to comply with the Order of December 26, 2006, directing Plaintiff to provide additional information.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. The Court therefore finds Plaintiff has waived further review. Also, a review of the file reveals the initial partial filing fee remains unpaid and Plaintiff has not shown good cause for his failure to pay. The Court therefore concurs in Judge Argo's recommendation of dismissal.

Therefore, the Court adopts the Report and Recommendation [Doc. 8] in its entirety. The case is DISMISSED WITHOUT PREJUDICE to refiling for failure to pay the required fee.

Entered this 22nd day of February, 2007.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE